Stipulated dismissal with prejudice approved 9/9/09.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VICKIE WILLARD, et al., | CASE NO.: 1:09CV1515 |
| Plaintiffs, | |
| v. | JUDGE JAMES S. GWIN |
| UNITED STATES DEPARTMENT OF THE ARMY, | |
| Defendant. | STIPULATION FOR DISMISSAL |

We the attorneys for the respective parties, do hereby stipulate that this action has been settled in accordance with the terms and conditions of the Stipulation for Compromise Settlement which was filed contemporaneously herewith, and that the case may be dismissed with prejudice against the Defendant, each party to bear its own costs.

Respectfully submitted,

WILLIAM J. EDWARDS
United States Attorney

By: s/Donald S. Scherzer
    Donald S. Scherzer (0022315)
    Amanda M. Knapp (0081948)
    Roetzel & Andress- Cleveland
    1375 East Ninth Street
    Ste. 900
    Cleveland, Ohio 44114
    (216) 615-7418 Telephone
    (216) 623-0134 Facsimile

    Attorney for Plaintiffs

s/Lori White Laisure
Lori White Laisure (0060084)
Assistant U.S. Attorney
Office of the U.S. Attorney
801 W. Superior Ave. Suite 400
Cleveland, Ohio 44113
(216) 622-3911 Telephone
(216) 522-4982 Facsimile

Attorney for Federal Defendant